Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| JORANNIE CRUZ NIEVES<br><br>Recurrida<br><br><br>v.<br><br><br>PEDRO NEVÁREZ BRUNO<br><br>Peticionario | KLCE202400228 | *CERTIORARI* procedente del Tribunal de Primera Instancia, sala Superior de Bayamón<br><br>Caso número:<br>D AC2017-0108<br><br>Sobre:<br>Liquidación de Comunidad de Bienes |

Panel integrado por su presidente, el juez Bermúdez Torres, el juez Adames Soto y la juez Aldebol Mora.

Aldebol Mora, Juez Ponente

# RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de marzo de 2024.

Examinada la *Moción de Auxilio de Jurisdicción* presentada el 12 de marzo de 2024, por la parte peticionaria Pedro Nevárez Bruno, el *Certiorari*[1] instado por este el 23 de febrero de 2024, así como el *Alegato en Oposición* presentado el 11 de marzo de 2024, por la parte recurrida Jorannie Cruz Nieves, y la *Réplica a Alegato en Oposición* sometida el 12 de marzo de 2024, por la parte peticionaria, resolvemos lo siguiente:

No Ha Lugar a la solicitud de auxilio de jurisdicción.

En cuanto a los méritos del recurso, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari*. Véase, Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, y Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40. Ello, sin perjuicio de que, en

---

[1] La parte peticionaria acudió ante nos y solicitó que revocáramos la *Resolución* emitida y notificada por el Tribunal de Primera Instancia, Sala Superior de Bayamón, el 29 de enero de 2024, mediante la cual declaró Ha Lugar la solicitud de la parte recurrida de que se incluya el negocio Nevárez Ambulance como parte del haber común a liquidar.

Número Identificador

RES2024 _____

su momento, cualquier planteamiento de derecho sea presentado nuevamente en la apelación, si alguna, que pueda instar la parte peticionaria.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

**Notifíquese inmediatamente.**

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones